**Herman K. SIMPSON, Plaintiff–Appellant,**

v.

**G.K. BUTTERFIELD, Jr.; Ralph A. White; Edward W. Grannis, Jr.; George T. Griffin; William N. Farrell, Jr., Defendants–Appellees.**

No. 01–7566.

United States Court of Appeals, Fourth Circuit.

Submitted March 25, 2002.

Decided May 29, 2002.

Herman K. Simpson, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Herman K. Simpson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001)

**382**

complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Simpson v. Butterfield,* No. CA–01–414–5–F (E.D.N.C. July 19, 2001). We deny Simpson's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*